# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 21-CR-30148-007 |
| ) | |
| COREY HENDRIEX, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM & ORDER

**DUGAN, District Judge:**

Pending before the Court is a Motion to Authorize Payment from Inmate Trust Account (Doc. 436) filed on November 27, 2023. Pursuant to 18 U.S.C. §§ 3613(a) and 3664(n), the Government seeks an order authorizing the Bureau of Prisons to turn over to the Clerk of Court funds held in the inmate trust account for Corey Hendriex, Reg. No. 71255-509, as payment for the criminal monetary penalty imposed in this case.[1]

The Bureau of Prisons maintains in its possession, custody, or control $400.00 in encumbered funds belonging to Corey Hendriex that are currently in the defendant's trust account. At this time, there is no reason to conclude that the Bureau of Prisons has done anything with said funds, and for the reasons stated in stated in the motion, the Court concludes that cause exists to grant the motion.[2]

Accordingly, the Motion to Authorize Payment from Inmate Trust Account (Doc. 436) is **GRANTED**. The Bureau of Prisons is **ORDERED** to turnover to the Clerk of Court

---

[1] Defendant was ordered to pay a special assessment of $100.00 and a fine of $300.00. (Doc. 330).
[2] Defendant was given an opportunity to respond to the motion, but failed to file a response. (Doc. 441).

the amount of $400.00, and the Clerk of Court shall accept the deposit from the funds currently held in the trust account for the following inmate:

| | |
|---|---|
| Inmate Name: | Corey Hendriex |
| Inmate Number: | 71255-509 |
| Inmate Facility: | United States Penitentiary (USP) Leavenworth, Leavenworth, Kansas |

The Clerk shall apply these funds as payment towards the criminal monetary penalties owed by Corey Hendriex in this case. Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201. The Government is **ORDERED** to provide a copy of this Order to the Garnishee.

**SO ORDERED.**

Dated: March 28, 2024

s/*David W. Dugan*
DAVID W. DUGAN
United States District Judge